DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6557
    FAX: (415) 436-7234
    Eric.Cheng@usdoj.gov

Attorneys for United States of America

FILED
AUG -9 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

~~UNDER SEAL~~

EDL

3 19 71251

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | MISC. NO.: |
| Plaintiff, | GOVERNMENT'S MOTION FOR SEALING ORDER |
| v. | |
| SHARIQ HASHME, | |
| Defendant. | |

    The United States, by and through its counsel, Assistant United States Attorney Eric Cheng, hereby moves this Court for an order sealing the government's application for a sealing order, the sealing order, the application and affidavit for a criminal complaint, the criminal complaint, and all attachments in the above-referenced investigation. Disclosure of the specified documents might jeopardize the defendant's arrest.

    Accordingly, the United States requests that the Court seals these documents until further order of the Court, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents as necessary with counsel for any defendant charged as a result of this investigation and with the Federal Bureau of Investigation, which should be allowed to share the results of the criminal

GOVERNMENT'S MOTION FOR SEALING ORDER      1

1 complaint with other law enforcement and intelligence agencies, including foreign law enforcement and
2 intelligence agencies, for use in investigation and prosecution.
3       The United States also requests that a redacted version of the affidavit for the criminal complaint
4 attached as **Attachment A** be the publicly-filed version, if the criminal complaint is unsealed pursuant
5 to a further order of the Court. The affidavit for the criminal complaint contains personally identifying
6 information (PII) of the Defendant, which should be sealed from public view, including date of birth,
7 addresses, telephone numbers, and financial account information.

8 DATED: August 9, 2019                       Respectfully submitted,

                                        DAVID L. ANDERSON
                                        United States Attorney

                                        _/s/_____
                                        Eric Cheng
                                        Assistant United States Attorney