| DOCUMENTS UNDER SEAL | | | | | TOTAL TIME (mins): | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK | | | | REPORTER/FTR | |
| MAGISTRATE JUDGE | | DATE | | | | NEW CASE | CASE NUMBER |

### APPEARANCES

| DEFENDANT | | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | | PD. RET. APPT. |
|---|---|---|---|---|---|---|---|
| U.S. ATTORNEY | | INTERPRETER | | | FIN. AFFT SUBMITTED | | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | | DEF ELIGIBLE FOR APPT'D COUNSEL | | PARTIAL PAYMENT OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| INITIAL APPEAR | PRELIM HRG | MOTION | JUGM'T & SENTG | STATUS TRIAL SET |
|---|---|---|---|---|
| I.D. COUNSEL | ARRAIGNMENT | BOND HEARING | IA REV PROB. or or S/R | OTHER |
| DETENTION HRG | ID / REMOV HRG | CHANGE PLEA | PROB. REVOC. | ATTY APPT HEARING |

### INITIAL APPEARANCE

| ADVISED OF RIGHTS | ADVISED OF CHARGES | NAME AS CHARGED IS TRUE NAME | TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ARRAIGNED ON INFORMATION | ARRAIGNED ON INDICTMENT | READING WAIVED SUBSTANCE | WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| RELEASED ON O/R | ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED CASH $ | | CORPORATE SECURITY | | REAL PROPERTY: |

| MOTION FOR DETENTION | PRETRIAL SERVICES REPORT | DETAINED | RELEASED | DETENTION HEARING AND FORMAL FINDINGS WAIVED | REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| CONSENT ENTERED | NOT GUILTY | GUILTY | GUILTY TO COUNTS: |
|---|---|---|---|
| PRESENTENCE REPORT ORDERED | CHANGE OF PLEA | PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: | ~~ATTY APPT HEARING~~ I.D. of Counsel | BOND HEARING | STATUS RE: CONSENT | TRIAL SET |
|---|---|---|---|---|
| AT: | SUBMIT FINAN. AFFIDAVIT | PRELIMINARY HEARING _____ | CHANGE OF PLEA | STATUS Re Detention |
| BEFORE HON. | DETENTION HEARING | ARRAIGNMENT | MOTIONS | JUDGMENT & SENTENCING |
| TIME WAIVED | TIME EXCLUDABLE UNDER 18 § USC 3161 | IDENTITY / REMOVAL HEARING | PRETRIAL CONFERENCE | PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

DOCUMENT NUMBER: