```
CORRECTED

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611144205
Cashier ID: almaceh
Transaction Date: 08/16/2019
Payer Name: christina kim

TREASURY REGISTRY
 For: shariq shahab hashme
 Case/Party: D-CAN-3-19-MJ-071251-001
 Amount:          $20,000.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 1071230171
 Amt Tendered:    $20,000.00

Total Due:       $20,000.00
Total Tendered:  $20,000.00
Change Amt:          $0.00


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

RH