| | | |
|---|---|---|
| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 10 minutes |
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK: Rose Maher | REPORTER/FTR: FTR: 11:42-11:52 |
| MAGISTRATE JUDGE: Thomas S. Hixson | DATE: 8/28/2019 | NEW CASE ☐    CASE NUMBER: 3:19-mj-71251 MAG |

### APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. ☐ RET. ☒ |
|---|---|---|---|---|---|
| Shariq Shahab Hashme | | B | P | Brian Klein/Marci Hofmann | APPT. ☐ |

| U.S. ATTORNEY | INTERPRETER | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
|---|---|---|---|
| Eric Cheng | n/a | | |

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |
|---|---|---|---|
| | Denise Mancia | | |

### PROCEEDINGS SCHEDULED TO OCCUR

- ☐ INITIAL APPEAR
- ☐ PRELIM HRG
- ☐ MOTION
- ☐ JUGM'T & SENTG
- ☐ STATUS / ☐ STATUS TRIAL SET
- ☒ I.D. COUNSEL — held
- ☐ ARRAIGNMENT
- ☒ BOND HEARING — Amended Bond
- ☐ IA REV PROB. or S/R
- ☐ OTHER
- ☐ DETENTION HRG
- ☐ ID / REMOV HRG
- ☐ CHANGE PLEA
- ☐ PROB. REVOC.
- ☐ ATTY APPT HEARING

### INITIAL APPEARANCE

☐ ADVISED OF RIGHTS    ☐ ADVISED OF CHARGES    ☐ NAME AS CHARGED IS TRUE NAME    ☐ TRUE NAME:

### ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION    ☐ ARRAIGNED ON INDICTMENT    ☐ READING WAIVED SUBSTANCE    ☐ WAIVER OF INDICTMENT FILED

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY: $ 30,000 Sec. **$20,000 unsec.** | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY TO BE POSTED    ☐ CASH $    CORPORATE SECURITY ☐    REAL PROPERTY: ☐

☐ MOTION FOR DETENTION    ☐ PRETRIAL SERVICES REPORT    ☐ DETAINED    ☒ RELEASED    ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED    ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA

☐ CONSENT ENTERED    ☐ NOT GUILTY    ☐ GUILTY    GUILTY TO COUNTS: ☐

☐ PRESENTENCE REPORT ORDERED    ☐ CHANGE OF PLEA    ☐ PLEA AGREEMENT FILED    OTHER:

### CONTINUANCE

| TO: 9/17/2019 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 10:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS |
| BEFORE HON. Joseph C. Spero | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Amended bond changing surety and custodian. Court admonished both surety/custodian re responsibilities. Def. to reside w/ his brother at his home. Def. to be allowed to use ONLY local public transportation. Counsel filed Order Excluding Time. Court ordered time excluded btwn: 8/28/19-9/17/19. Court vacates previous hrg. before Judge Laporte: 8/30/2019 @ 10:30 a.m

DOCUMENT NUMBER: