DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6557
    FAX: (415) 436-7234
    Eric.Cheng@usdoj.gov

Attorneys for United States of America

ORIGINAL FILED
OCT - 8 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-MJ-71251 |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM OCTOBER 10, 2019 TO OCTOBER 25, 2019, WAIVER UNDER FRCP 5.1, AND [~~PROPOSED~~] ORDER |
| v. | |
| SHARIQ HASHME, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Shariq Hashme, that time be excluded under the Speedy Trial Act from October 10, 2019 through October 25, 2019. It is also hereby stipulated that the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for an indictment under the Speedy Trial Act be extended through October 25, 2019 and the preliminary hearing be continued from October 10, 2019 to that date.

At the status conference held on August 28, 2019, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act, and the time limits for a preliminary hearing and for an indictment be extended, so that defense counsel could continue to prepare, including by

STIPULATION TO EXCLUDE TIME, WAIVER
UNDER FRCP 5.1, AND [~~PROPOSED~~] ORDER
Case No. 19-MJ-71251

v. 7/10/2018

reviewing the discovery already produced. The parties have also continued to engage in discussions regarding a potential pre-indictment resolution. The parties request additional time to finalize their pre-indictment negotiations.

Counsel for the defendant represents that his client understands that he has a right under 18 U.S.C. § 3161(b) to be charged by information or indictment with the offense alleged in the pending criminal complaint and that his client knowingly and voluntarily waives that right and agrees to continue to exclude the time to be charged by indictment and set a status in this matter on October 25, 2019. Counsel for the defendant further represents that his client knowingly and voluntarily waives the timing for preliminary hearing under Federal Rule of Criminal Procedure 5.1 through October 25, 2019.

For these reasons and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until October 25, 2019 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from October 10, 2019 through October 25, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). For these reasons and as further stated on the record at the status conference, the parties also stipulate and agree that extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act until October 25, 2019 will allow for the effective preparation of counsel and pre-indictment negotiations. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: October 8, 2019

/s/
ERIC CHENG
Assistant United States Attorney

DATED: October 8, 2019

/s/
BRIAN KLEIN
Counsel for Defendant Shariq Hashme

STIPULATION TO EXCLUDE TIME, WAIVER
UNDER FRCP 5.1, AND [PROPOSED] ORDER
Case No. 19-MJ-71251

v. 7/10/2018

[~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on August 28, 2019 and for good cause shown, the Court finds that failing to exclude the time from October 10, 2019 through October 25, 2019 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from October 10, 2019 to October 25, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 10, 2019 through October 25, 2019 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

In addition, with the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the court continues the preliminary hearing from October 10, 2019 to October 25, 2019 and—based on the parties' showing of good cause—finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusion set forth above). Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

DATED: 10-8-19

JACQUELINE SCOTT CORLEY
United States Chief Magistrate Judge

STIPULATION TO EXCLUDE TIME, WAIVER
UNDER FRCP 5.1, AND [~~PROPOSED~~] ORDER
Case No. 19-MJ-71251

v. 7/10/2018